DRURY v. DRURY and HOLLAND v. DRURY

No. 3 PC.

Case below: 24 N.C. App. 246.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

ELECTRIC CO. v. HOUSING, INC.

No. 150 PC.

Case below: 23 N.C. App. 510.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

ELLIS v. CIVIC IMPROVEMENT, INC.

No. 181 PC.

Case below: 24 N.C. App. 42.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

FINANCIAL SERVICES v. CAPITOL FUNDS

No. 151 PC.

Case below: 23 N.C. App. 377.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

FISHER v. MISENHEIMER

No. 162 PC.

Case below: 23 N.C. App. 595.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.